Calvin Anthony Dobbins
2308 Hilliard Circle
Antioch, CA 94509



FILED
SEP 15 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                              Case No. 23-41140 WJL 13
CALVIN ANTHONY DOBBINS               (Chapter 13)

Petitioner/Debtor.
_____/

Motion for Requesting Time to File Schedules, Statement of Financial Affairs, Plan and other documents

   The motion of Calvin Anthony Dobbins respectfully presents:

1. Debtor has filed a voluntary petition under Chapter 13 of Title 11 of the United States Code on September 8, 2023, prior to the date hereof.

2. Debtor has not previously requested the court to extend the time to file papers.

3. Debtor is working long hours to make ends meet and has the task of putting together all the required documents for this instant petition and will need approximately 45 days to locate and prepare all foundational documentation in compliance with order of the court.

4. Debtor needs more time to determine other lawful claimants before plan, schedules and other documents can be submitted.

   WHEREFORE, debtor prays that the time for filing schedules, plan, statement of affairs and other documents be extended for forty-five days, and that he have such other and further relief as is just.

DATED: 14 September 2023         Respectfully Presented,

                                                  By: _____
                                                       Calvin Anthony Dobbins

Calvin Anthony Dobbins
2308 Hilliard Circle
Antioch, CA 94509

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  
CALVIN ANTHONY DOBBINS

Case No. 23-41140 WJL 13  
(Chapter 13)

Petitioner/Debtor.

_____/

Declaration of Service

I, declare as follows:

I am over the age of eighteen years old.

On September 8 , A.D. 2023 I served by U.S. Mail a true copy of Debtor's Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other documents, Order Granting Time To File Schedules, Statement of Financial Affairs, Plan and other documents in the UNITED STATES BANKRUPTCY COURT, CALIFORNIA NORTHERN BANKRUPTCY COURT to:

>  Martha G. Bonitsky  
>  Office of U.S. Trustee  
>  P.O. Box 5004  
>  Hayward, CA 94540

>  Servbank  
>  4 Old Wagon Ln  
>  Old Westbury, NY 11568

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: September 14, 2023     By: _____  
                                        Calvin Anthony Dobbins

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  
CALVIN ANTHONY DOBBINS

Case No.23-41140 WJL 13  
(Chapter 13)

Petitioner/Debtor.

_____/

## Order Granting Further Time To File Schedules, Statement of Financial Affairs, Plan and other documents

Upon the motion of Calvin Anthony Dobbins, the above-named debtor, praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is:

ORDERED that the time of said debtor to file schedules and statement of affairs be, and hereby is extended for _____ days from the date of this order.

Dated: _____

_____  
Bankruptcy Court Judge

Calvin Anthony Dobbins  
2308 Hilliard Circle  
Antioch, CA  94509