Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re | |
|---|---|
| Calvin Anthony Dobbins | Chapter 13 Case No. 23-41140-WJL13 |
| debtor(s) | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS**

Martha G. Bronitsky, Chapter 13 Standing Trustee ("Trustee"), objects to the Debtor's claim of exemptions.

The Trustee requests, that the Court take judicial notice of its own records in the case herein in support of the facts set forth below. Fed.R.Evid.201.

## **BACKGROUND & ANALYSIS**

1. Debtor filed this case on September 08, 2023.

2. California is an opt-out state. Debtors may not take the federal exemptions contained in 11 U.S.A § 522(D). Cal Code Civ. Proc. § 703.130.  California offers debtors alternative exemption schemes-one based on California's regular judgment exemptions. (Cal. Code Civ. Proc.  §§ 703.010 to 704.995, hereafter the "regular exemptions") and another substantially similar to the federal bankruptcy exemptions (Cal. Code Civ. Proc. § 703.140(b), hereafter the "special exemptions").  Cal Code Civ. Proc § 703.140. In California, debtors in bankruptcy can choose either the regular exemptions or special special exemptions. Cal. Code Civ. Proc. § 703.140.

4. Debtor's homestead exemption in the amount of $685,600.00 under C.C.P Section 704.730 exceeds the allowed amount of $678,391.00

5. Debtor exempts electronics in the amount of $1,700.00. Schedule C fails to state the specific law that allows the exemption. Debtor exempts clothes in the amount of $5,000.00. Schedule C fails to state the specific law that allows the exemption. Debtor exempts jewelry in the amount of $300.00. Schedule C fails to state the specific law that allows the exemption.

## **CONCLUSION**

WHEREFORE, the Trustee respectfully objects to the Debtor's claimed exemptions. A hearing shall be set, when and if necessary, based on further investigation and analysis.

RESPECTFULLY SUBMITTED

Date: October 02, 2023 /s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In re<br>　　　Calvin Anthony Dobbins<br>　　　　　　　　　　debtor(s) | Chapter 13 Case No.<br>23-41140-WJL13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Calvin Anthony Dobbins | Pro Per |
| 2308 Hilliard Cir | (Counsel for Debtor) |
| Antioch, CA 94509 | |
| (Debtor(s)) | |

Date: October 02, 2023　　　　　　　　/s/ Eliemary DeGuzman
　　　　　　　　　　　　　　　　　　　Eliemary DeGuzman