Calvin Anthony Dobbins
c/o 2308 Hilliard Circle
Antioch, California state



FILED
OCT 16 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA,

Calvin Anthony Dobbins,
       Debtor,

vs.

Allied First Bank, SB dba Servbank

       Alleged Creditors.
_____/

Case Account/Case # 23-41140 WJL 13

**Pendency of Action
(Lis Pendens)**

    Notice is given that the above-entitled action was filed in the above-entitled court on September 8, 2023, by Calvin Anthony Dobbins, Debtor, against Allied First Bank, SB dba Servbank, Alleged Creditors. The action affects title to specific real property or the right to possession of specific real property identified in the complaint in the action.

    The specific real property affected by the action is located in Contra Costa County, California, and is described as follows: See Exhibit A attached herein and made a part of this notice.

Dated 10/16/2023

                                                                                    Calvin Anthony Dobbins

# Exhibit A

**APN:**  075-331-010-1

**Legal Property Description:**

Land Situated in the City of Antioch in the County of Contra Costa in the State of CA

LOT 424, AS SHOWN ON THE MAP OF SUBDIVISION 5372, FILED JANUARY 31, 1980, MAP BOOK 235, PAGE 1, CONTRA COSTA COUNTY RECORDS.

EXCEPTING THEREFROM:

RIGHTS EXCEPTED IN THE DEED FROM EVERETT E. BETTENCOURT, ET AL., RECORDED FEBRUARY 1, 1966, BOOK 5048, OFFICIAL RECORDS, PAGE 322, AS FOLLOWS:

AN UNDIVIDED ½ INTEREST IN ALL OIL, GAS, CASINGHEAD GASOLINE AND OTHER HYDROCARBON AND MINERAL SUBSTANCES BELOW A POINT 500 FEET BELOW THE SURFACE OF SAID LAND, TOGETHER WITH THE RIGHT TO TAKE, REMOVE, MINE, PASS THROUGH AND DISPOSE OF ALL SAID OIL, GAS, CASINGHEAD, GASOLINE AND OTHER HYDROCARBON AND MINERAL SUBSTANCES, BUT WITHOUT ANY RIGHT WHATSOEVER TO ENTER UPON THE SURFACE OF SAID LAND OR UPON ANY PART OF SAID LAND WITHIN THE UPPER 500 FEET THEREOF.

Commonly known as: 2308 Hilliard Circle, Antioch, CA 94509