Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Calvin Anthony Dobbins | Chapter 13 Case Number: 23-41140-WJL13 |
| Debtors(s) | |

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on December 14, 2023 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California. All interested parties may appear in-person or by Zoom Webinar. Additional information is available on the Bankruptcy Court's website at www.canb.uscourts.gov on Judge Lafferty's Procedure page. Information on how to attend the hearing by Zoom Webinar will be provided under Judge Lafferty's Open Calendar Procedure on the court's website.

Date: October 23, 2023

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | | |
|---|---|---|
| 1 | In Re | |
| 2 | Calvin Anthony Dobbins | Chapter 13 Case Number: 23-41140-WJL13 |
| 3 | Debtors(s) | |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

October 23, 2023                                    /s/Olga Gonzalez
                                                     Olga Gonzalez

                                                     Pro Per

Calvin Anthony Dobbins
2308 Hilliard Cir                                    (Counsel for Debtor)
Antioch, CA 94509

(Debtor(s))

Bonial And Associates Pc
Po Box 9013
Addison, TX  75001-0000

Credit Acceptance Corporation          Servbanc Holdco, Inc.
25505 W 12 Mile                        4 Old Wagon Ln,
Southfield,  48034                     Old Westbury, NY  11568
(Creditor)                             (Creditor)

Servbank                               Franchise Tax Board
4 Old Wagon Ln,                        Po Box 2952
Old Westbury, NY  11568                Sacramento, CA  958122952
(Creditor)                             (Creditor)

Credit Acceptance Corp                 Allied First Bank Dba Servbank
Po Box 5070                            3138 E Elwood St
Southfield, MI  48036                  Phoenix, AZ  85034
(Creditor)                             (Creditor)

Franchise Tax Board
Po Box 2952
Sacramento, CA  958122952
(Creditor)