Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Calvin Anthony Dobbins | 23-41140-WJL13 |
| Debtors(s) | |

**NOTICE OF HEARING DATE, TIME AND LOCATION ON TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS**

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Hearing will be held on December 14, 2023 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California. All interested parties may appear in-person or by Zoom Webinar. Additional information is available on the Bankruptcy Court's website at www.canb.uscourts.gov on Judge Lafferty's Procedure page. Information on how to attend the hearing by Zoom Webinar will be provided under Judge Lafferty's Open Calendar Procedure on the court's website.

Trustee's Objection to Claim of Exemptions

Date: October 23, 2023                   /s/ Martha G. Bronitsky
                                          Signature of Martha G. Bronitsky
                                          Chapter 13 Standing Trustee

|   |   |   |
|---|---|---|
| 1 | In Re | |
| 2 | Calvin Anthony Dobbins | Chapter 13 Case Number: 23-41140-WJL13 |
| 3 | Debtor(s) | |
| 4 | CERTIFICATE OF SERVICE | |

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

October 23, 2023                                   /s/Olga Gonzalez
                                                   Olga Gonzalez

Franchise Tax Board
Po Box 2952
Sacramento, CA 958122952
(Creditor)

Servbanc Holdco, Inc.
4 Old Wagon Ln,
Old Westbury, NY 11568
(Creditor)

Bonial & Associates Pc
3160 Crow Canyon Pl #215
San Ramon, CA 94583
(Creditor)

Servbank
4 Old Wagon Ln,
Old Westbury, NY 11568
(Creditor)

Allied First Bank Dba Servbank
3138 E Elwood St
Phoenix, AZ 85034
(Creditor)

Calvin Anthony Dobbins
2308 Hilliard Cir
Antioch, CA 94509
(Creditor)

Credit Acceptance Corp
Po Box 5070
Southfield, MI 48036
(Creditor)

Credit Acceptance Corporation
25505 W 12 Mile
Southfield, 48034
(Creditor)